RECEIVED
BY
AUG 1 2 2009
TONY R. [illegible]
WEST[illegible]

**Form to be used by a prisoner filing a civil rights complaint under THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Ruffin Stokes
**Full Name of Plaintiff, Prisoner Number**

DA - mr. Bofill Duhe
DA - Mr. Phillip Haney
vs. Sheriff Louis Ackal
Warden Mr. Frank Ellis
ms. Officer, Evelyn Bashay
**Defendant** [scribbled out]

**6:09CV1451 Sec P**

**COMPLAINT**

I. Previous Lawsuits

    A. Have you begun any other lawsuit while incarcerated or detained in any facility?
       Yes ☐     No ☑

    B. If your answer to the preceding question is yes, provide the following information.

       1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

       2. Name the parties to the previous lawsuit(s):

          Plaintiffs: _____

          Defendants: _____

       3. Docket number(s): _____

       4. Date(s) on which each lawsuit was filed: _____

       5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes [ ]   No [✓]

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. **Name of institution and address of current place of confinement:**

Iberia parish Jail 3618 Broken Arrow rd-new iberia-La-70560.

B. Is there a prison grievance procedure in this institution?
Yes [✓]   No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes [✓]   No [ ]
If Yes, what is the Administrative Remedy Procedure number? none

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Know action was taken towards this matter.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

3

A. Name of Plaintiff Ruffin Stoke's

Address 3618 Broken Arrow rd-newiberia-LA-70560.

B. Defendant, mr, BoFill Duhe, is employed as District Attorney at 16th District Court's. Iberia parish- 300 Iberia St, newiberia LA 70560.

Defendant, mr, Phillip Haney, is employed as District Attorney at 16th District Court's. Iberia parish-300 Iberia St, newiberia, LA 70560.

Defendant, Sheriff Louis Ackal, is employed as Sheriff at 300 Iberia St-16th District Court's Suite 120- newiberia-LA- 70560.

Additional defendants Warden, Frank Ellis- 3618 broken Arrow rd, newiberia, LA 70560.
ms. officer Evelyn Bashay-3618 Broken Arrow rd, newiberia-LA-70560.

IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

upon my Situation at Iberia parish Jail. I am Incarcerated for Allegedly Armed robbery And I've Been here for Exactly (25) month's with out An adequate Trial. however The District Attorney in charge mr, J, phil Haney- And The one over my case is mr, m, BoFill Duhe I've written Them complaint's on This matter Because They Are in A Judicial position And responsible for Any Thing within The court of

4

#2.

## Statement of Claim.

procedure's against me But They refuse To do Any Thing About This matter and respond back- The victim mother started working over here whom is in my area She stated on the ~~18/17th/09~~ - when I was In the Canteen line That I will be geting some time soon And That She will make certain That my time in This Jail be real hard And that I'll Suffer And That She will get Inmate's To Jump on me- I wrote And pleaded with The sheriff And both District Attorney's To remove This woman ms, Evelyn Bashay from This Jail ~~~~ Because I am affraid for my life- She has Also informed me That she will have The property room officer ms, → romero, And Also- ms, → Brown, To hold my legal mail And tamper with It- And I havent been recieving my mail, District Attorney mr, Bofill Duhe, is Intending To make plain Tiff- Suffer Emotional Distress which is his Intentions- because I refuse To Except certain harsh plea bargain's- To The charge's That I am Faceing, Ive been incarcerated, Since-December 26 2006, without, an Adequate Trial Ive Also filed certain preliminary motion's That They refuse To hear- The State has a (2) year Statut of limitations To file prosecution Against Defendant And Ive been Incarcerated nearly (25) months This is illegal procedure's To hold A person In Jail This long for An Extended period of Time And There Isnt Any reason As To why I shouldn't have went To Trial because This is A Small Court;

#3.

## Statement of Claim

And a small enviornment and is'nt important enough or dangerous enough to where they should keep setting my trial back and this has been the 8th time they refuse me a trial- Mr. Bofill Duhe and Mr. Phillip Haney is responsible for such malacious and harassive situations in this jail, and the courts, because they are abuseing there authority against me, and victims mother should be know where around me, all other authority over this jail will, and should, be held responsible because all above and subordinate authority falls under chain of command, and plaintiff contacted sheriff, warden, and District Attorney's about this matter but they refuse to respond plaintiff also request's that his situation with the court system be investigated as well as other individual's file's to prove the offense that is being committed against plaintiff- plaintiff has also filed a 'TRO' on this behalf.

filed on the 8-10-09
Signature of plaintiff Ruffin Stokes

_____

_____

_____

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

_Seeking To recieve The relief That will Suit the public._

_____

## VI. Plaintiff's Declaration

**A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this _10_ day of _August_, _2009_.

_Ruffin Stokes_
Signature of Plaintiff

_____
Prisoner no. (Louisiana Department of
Corrections or Federal Bureau of Prisons)

5/97

5

Complaint

To- Sheriff- Mr. Ackal.
From- Ruffin Stoke's.
reason- being harassed.

Mr. Ackal,

I am writing you pertaining to my situation in this jail with Ms. Evelyn Bashay- the victim's mother whom I am incarcerated for- for supposedly robbing- She continues to tell me that I will suffer and pay for what I did and that I can file what I want, and that she will make shure she put a hold on all my mail upfront, It is not right to have this women working amongst me in this jail area period because her only intention is to harass me, I fear for my life because she has threathend to have inmate's jump on me. This officer need's to be moved away from this jail please investigate this situation.

Signed Ruffin Stoke
Filed 11/3/08

## Complaint

To, mr. phillip Haney, District Attorney.
From, Ruffin Stokes
reason, being harassed

mr. Haney, you are over my case And I Am bringing This To your Attention because IT IS In your Authority To Secure And prevent Such Act's. Shurely you Are Aware of ms. Evelyn Bashay-haveing A Job here In This Jail And That's unconstitutional for her To be working here Around me because her only intention IS to harass me which She has been Telling me That I will get Time And That I can file Any Thing I want And That, She will have The people upfront Keep All my mail And That she promise To make me pay for what I Supposedly did. I have wrote you before About This matter but no Action was Taken And you Never responded, please look into This matter And have This women Investigated And removed from This Jail because my life IS In Danger Amongst This women Authority.

Signed Ruffin Stokes
Filed 11/3/08

To, mr. phillip Haney, District Attorney
From, Ruffin Stoke's
reason, being harassed

mr. haney
I've writen you two complaints one toward's the victim's mother and one toward's Assistant District Attorney mr. Bofil Duhe. mr Duhe know's that ms. Bashay- Is the victim's mother And he is useing her to harass me I've also filed a motion to a preliminary examination that I never been to, And a bond reduction both were denied, And a 701 that was never heard- I am also a first offender and I've been incarcerated- for 25 month's And I haven't been to Trial in all this time I guess mr. Duhe is abuseing his authority against me because- I didnt want to except the plea that he was trying to offer me from 10 to 20 year's This is not right to set in jail all this time for nearly (3) year's without a trial Just because I dont want to except a plea, Louisiana code of criminal procedures under 701 And 702 State's That a Defendant has a 120 day period to be taken to trial if they or incarcerated. please investigate this matter
Signed Ruffin Stokes       filed 11/3/08

Mr. Ruffin Stokes - KG-
3618 Broken Arround
New Iberia, LA - 70560.
Iberia. Parish. Jail.

LEGAL MAIL

LAFAYETTE LA 705



© USPS 2009

71101+3141

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

Clerk. U.S. District
Court - Western District
U.S. Courthouse.
300 - Fannin - St - Suite 1167
Shreveport - LA - 71101 - 3083