RECEIVED
BY: AP

AUG 1 3 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

6:09cv1451 SecP

Dear, clerk of court
Please be Advised That The present Defendant's whom first name I have not listed because They refused to give It To me but ms, Romero - Is employed As being over The property room And mail on The Day shift - And ms, Brown, Is also ON the Day shift And employed As being over The mail And property. I have enclosed one copy of A 42 U.S.C.A. Form #1982. And A forma pauperis Along with my Account sheet.
 Thank you

Signed Ruffin Stokes
filed 1/1/08

Complaint

No $

To, Warden, Frank Ellis.
From, Ruffin Stoke's
reason, being harassed

RECEIVED
BY: AP
AUG 1 3 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Mr, Ellis,
I am writing on behalf of my situation In this Jail, I am supposedly Incarcerated for Arm Robbing, Ms, Evelyn Dashay-son And she is a officer whom work's here At your Jail-She continue's To make harassing mark's against me Stating That she will make certain That I recieve time for what I've Done And that I can file what I want And that she will have the people upfront hold my mail This officer need's To be moved completely away from This Jail because I feel my life is in Danger because she has threathend To have inmate's Jump on me.

Signed Ruffin Stokes
Filed 11/3/08

mr. Kuffin Stokes - K6 -
3618 Broken Arrowrd
New iberia, LA, 70560
Iberia, parish, Jail.

LEGAL MAIL

Clerk of united
States -
Western District
Louisiana - U.S. Court
house - 300 Fannin St
Suite - 1167 -
Shreveport, LA, 71101-3083.

